No. 228. WHEELER v. KENTUCKY. Ct. App. Ky. Certiorari denied. *Richard E. Vimont* for petitioner.

No. 230. CIPRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 231. WELDON ET AL. v. SEMPLE, JUDGE PRO HAC VICE OF THE CIRCUIT COURT OF AUDRAIN COUNTY, ET AL. Sup. Ct. Mo. Certiorari denied. *Lon Hocker* for petitioners.

No. 232. NORDSTROM v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Joseph A. Maun* and *Lawrence J. Hayes* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States.

No. 234. BRUNI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Joseph I. Bulger* for petitioner. *Solicitor General Marshall* for the United States.

No. 236. PEPSI COLA BOTTLING CO. OF PUERTO RICO, INC. v. OTERO ET AL. Sup. Ct. P. R. Certiorari denied. *Juan R. Torruella del Valle* and *Stuart Rothman* for petitioner. Reported below: —— P. R. R. ——.

No. 239. PENN TOWNSHIP v. YECKO BROS. ET AL. Sup. Ct. Pa. Certiorari denied. *David M. Harrison* for petitioner. *Carmen V. Marinaro* for respondents.